## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Yiwu Lehman Electronic Technology Co., Ltd.

                                                                            Plaintiff,

v.                                                                                            Case No.: 1:23−cv−06375

                                                                                              Honorable Joan B. Gottschall

The Individuals, Partnerships, and Unincorporated Associations Identified on Schedule A

                                                                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 5, 2023:

      MINUTE entry before the Honorable Joan B. Gottschall: Plaintiff's motion [4] for leave to propound expedited discovery to providers of services to defendants in order to identify defendants is granted. Plaintiff's counsel is instructed to email a proposed order authorizing the specific discovery it is requesting to Proposed_Order_Gottschall@ilnd.uscourts.gov. The proposed order must be sent in Word and PDF formats. Plaintiff's motion [4] for leave under Fed. R. Civ. P. 4(f)(3) to serve the summons and complaint by electronic means is denied without prejudice as premature. Plaintiff has not demonstrated that it exercised reasonable diligence to determine defendants' mailing addresses, as this court held is required to render the Hague Service Convention, 20 U.S.T. 361, inapplicable in Luxottica Group S.p.A. v. Partnerships & Unincorporated Associations Identified on Schedule "A", 391 F. Supp. 3d 816, 819–27 (N.D. Ill. 2019). Nor has plaintiff made any argument in support of revisiting Luxottica's holding. See ECF No. 4 at 6–7. The court considered the cases cited on pages 6–7 of plaintiff's motion in Luxottica and found them unpersuasive. See Luxottica, 391 F. Supp. 3d at 821–27 & n.7. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.