**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Yiwu Lehman Electronic Technology Co., Ltd., | ) ) | |
| Plaintiff, | ) ) | |
| | ) | 1:23-cv-06375 |
| v. | ) ) | |
| | ) | Dist. Judge Joan B. Gottschall |
| The Individuals, Partnerships, and | ) | |
| Unincorporated Associations Identified | ) | Mag. Judge Beth W. Jantz |
| on Schedule A, | ) ) | |
| | ) | |
| Defendants. | ) | |

**Order on Expedited Discovery and Electronic Service of Process**

**THIS CAUSE** being before the Court on the Motion for Expedited Discovery and Electronic Service of Process against Defendants identified in Schedule A to the Complaint and hereto.

This Court hereby finds that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, the Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Defendant Online Stores through which Illinois residents can and/or have purchased products using and bearing spurious versions of the "Plaintiff Mark". Thus, this Court orders that:

1. Defendants and any third party with actual notice of this Order who is providing services for any of the Defendants, or online marketplace accounts operated by Defendants, including, without limitation, any online marketplace platforms such as Amazon, eBay, Wish, AliExpress, Joom, Temu, Vova, web hosts, sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third party processors and other payment processing service providers such as PayPal, GooglePay, AliPay, Payoneer, Skrill, Ping Pong, Wish, and Amazon

Case: 1:23-cv-06375 Document #: 8 Filed: 09/05/23 Page 2 of 4 PageID #:102

Payments, and Internet search engines such as Google, Bing and Yahoo (collectively, the "Third-Party Providers") shall, within five (5) business days after receipt of such notice, provide to Plaintiff expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

a. the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information, including any and all associated e-mail addresses;

b. the nature of the Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Defendant Online Stores and the Defendants' financial accounts, as well as providing a full accounting of the Defendants' sales and listing history related to their respective Defendant Online Stores;

c. any other online marketplace accounts registered by the Defendants; and

d. any financial accounts owned or controlled by the Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Goole Pay, eBay, AliPay, Wish, Payoneer, Skrill, Ping Pong, Walmart, Etsy Payments, Temu, and Amazon Payments, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA); and

      **e.** any online marketplace accounts registered by Defendants.

Dated:  September 5, 2023                  <u>/s/ Joan B. Gottschall</u>
                                                U.S. District Judge

## Schedule A

| Def. | Alias | Seller ID / Store | Listing URL |
|---|---|---|---|
| 1 | Integrity Trading | https://www.temu.com/mall.html?mall_id=457487623926 4&_x_sessn_id=oohhx 2i10f&refer_page_nam e=shopping_c art&refer_page_id=100 37_1689853716717_te0 pd4fqoq&r efer_page_sn=10037 | https://www.temu.com/professional-cordless-hair-clippers-for-men-hair-trimmer-for-1pc-menprofessional-beard-trimmer-for-men-zero-gapped-trimmers-t-blade-trimmer-hair-cutting-kitrechargeable-led-display-g-601099516150032.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancya lgo%2FVirtualModelMatting%2Fc615b2ed35f79cbb0648e2c4184ebbb9.jpg&spec_gallery_id=23 57 5378&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&search_ k ey=hair%20trimmer%20for%20men&refer_page_name=search_result&refer_page_id=10009_16 8 5176652110_d88ajhh9da&_x_sessn_id=oohhx2i10f |
| 2 | WillPro Hair | https://www.temu.com/mall.html?mall_id=476492658507 6&_x_sessn_id=qg0cg0 3qti&refer_page_name =shopping_c art&refer_page_id=100 37_1689853831259_s84 qxplkmn&r efer_page_sn=10037 | https://www.temu.com/professional-hair-clippers-for-men-electric-haircut-kit-hair-trimmer-usbrechargeable-trimmer-clippers-for-hair-cutting-with-guide-combs-g-601099517579279.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancya lgo%2FVirtualModelMatting%2F0d37fa88644d04b6acd698f99f2e4076.jpg&spec_gallery_id=287 5 5623&refer_page_sn=10040&refer_source=10018&freesia_scene=14&_oak_freesia_scene=14&_x _sessn_id=qg0cg03qti&refer_page_name=mall&refer_page_id=10040_1685596123846_66ffh39f y 7 |
| 3 | Smart personal care | https://www.temu.com/mall.html?mall_id=16 8868647718 3&_x_sessn_id=qg0cg0 3qti&refer_page_name =shopping_c art&refer_page_id=100 37_1689853941932_4e ugslsql5&ref er_page_sn=10037 | https://www.temu.com/new-vintage-t9-0mm-hair-cutting-machine-trimmer-cordless-hairfinishing-beard-clipper-for-men-for-hair-cutting-electric-usb-shaver-razors-g-601099515513053.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fope n% 2F2023-03-14%2F1678780624168-55d5b7c1bf1f4e95bb184936072c42a3-goods.jpeg&spec_gallery_id=19341391&refer_page_sn=10009&refer_source=0&freesia_scene= 2 &_oak_freesia_scene=2&search_key=hair%20clippers%20men%20professional%20kit&_x_sess n_i d=qg0cg03qti&refer_page_name=search_result&refer_page_id=10009_1685596073265_u8g465 k 1ge&is_back=1 |